UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahl-e-Bait TV, Inc,<br><br>         Plaintiff,<br><br>v.<br><br>Zaki Amini,<br><br>         Defendant. | Case No.: 3:20-cv-1322-BEN-MSB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

  Plaintiff Ahl-e-Bait TV, Inc. filed this case on July 14, 2020. ECF No. 1. The Summons issued the same day. ECF No. 2. The Docket does not reflect that Defendant Zaki Amini has been served, nor has Plaintiff requested any extension.

  Federal Rule of Civil Procedure 4 and Local Civil Rule 4.1 require that all complaints be served within ninety (90) days. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

  On October 28, 2020, the Court ordered Plaintiff to show cause for why service had not been made. ECF No. 3. It further warned Plaintiff that failure to serve by November 4, 2020, could result in the action being dismissed without prejudice. *Id*. Plaintiff has failed to comply with that Order.

1 | Plaintiff has failed to serve the Complaint in this case as required by Federal Rule of Civil Procedure 4 and Local Civil Rule 4.1.  Moreover, the Court provided Plaintiff notice of the possibility the case would be dismissed for failure to serve.  Plaintiff nonetheless has failed to respond to the Court's Order to Show Cause.  Accordingly, the Court dismisses the action without prejudice as to Defendant Zaki Amini pursuant to Federal Rule of Civil Procedure 4(m).  As Defendant Zaki Amini is the only defendant in this case, the entire action is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: November 9, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge